Edward Dane JEFFUS, Petitioner-Appellant,

v.

Stephanie HOLLEMBAEK, Respondent-Appellee.

No. 16-7659

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2017

Decided: April 21, 2017

270

Edward Dane Jeffus, Appellant Pro Se.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Dane Jeffus appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the court's dismissal of his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Jeffus v. Hollembaek,* No. 5:15-hc-02240-D (E.D.N.C. Oct. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*